IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN D. ROBERTSON,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant.                      / | No. C 06-02847 CRB<br><br>**ORDER TO SHOW CAUSE** |

     Plaintiff, proceeding in pro se, has filed this action to challenge defendant's denial of plaintiff's application for social security disability benefits. Defendant filed an answer to the complaint on July 26, 2006. Pursuant to this Court's Local Rules, plaintiff's motion for summary judgment should have been filed on or before August 30, 2006. Civil Local Rule 16-5. As of the date of this Order, however, plaintiff has not filed a motion and has not otherwise communicated with the Court.

     Accordingly, plaintiff is ORDERED TO SHOW CAUSE why his action should not be dismissed for lack of prosecution. In particular, plaintiff must file his motion for summary judgment on or before December 22, 2006. The motion must identify the evidence in the administrative record and the law that supports plaintiff's claim that he is entitled to benefits. Plaintiff is warned that his failure to file his motion by December 22, 2006 may result in

1  dismissal of his action pursuant to Federal Rule of Civil Procedure 41 for a failure to
2  prosecute.
3      **IT IS SO ORDERED.**

5  Dated: Nov. 21, 2006

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
CHARLES  R.  BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California