1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLEN D. ROBERTSON,

      Plaintiff,

  v.

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____/

No. C 06-02847 CRB

**ORDER OF DISMISSAL**

     Plaintiff, proceeding in pro se, filed this action to challenge defendant's denial of plaintiff's application for social security disability benefits.  Defendant filed an answer to the complaint on July 26, 2006.  Pursuant to this Court's Local Rules, plaintiff's motion for summary judgment should have been filed on or before August 30, 2006.  Civil Local Rule 16-5.  As of November 2006, however, plaintiff had not filed a motion and had not otherwise communicated with the Court.

     Accordingly, the Court ordered plaintiff to show cause why his action should not be dismissed for lack of prosecution.  In particular, the Court ordered plaintiff to file his motion for summary judgment on or before December 22, 2006.  The Court specifically warned plaintiff that his failure to file his motion by December 22, 2006 might result in dismissal of his action pursuant to Federal Rule of Civil Procedure 41 for a failure to

1   prosecute.  The Order was served on plaintiff at the address he provided to the Court in June

2   2006.

3       As of the date of this Order plaintiff has not filed his motion for summary judgment

4   and has not otherwise communicated with the Court.  Accordingly, pursuant to Federal Rule

5   of Civil Procedure 41 this action is DISMISSED WITH PREJUDICE.

6       **IT IS SO ORDERED.**

7

8   Dated: Feb. 13, 2007
                                            _____
                                                        /s/
                                            CHARLES  R. BREYER
                                            UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California